1

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

3

JOEY A. GARCIA,

Case No.  3:20-cv-00522-RCJ-WGC

4

Plaintiff

**ORDER**

5

v.

6

WASHOE COUNTY DETENTION
FACILITY,

7

8

Defendant

9

**I.    DISCUSSION**

10

11

12

13

14

15

16

17

        On September 15, 2020, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis.* (ECF Nos. 1-1, 1). Plaintiff's application to proceed *in forma pauperis* is incomplete.   Plaintiff has not submitted financial certificate or an inmate account statement for the previous six-month period from the NDOC facility.  If Plaintiff has not been at the NDOC facility a full six-month period, Plaintiff must still submit a financial certificate and an inmate account statement for the dates he has been present at the facility.

18

19

20

21

        Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $400 filing fee.  To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court:

22

23

24

        (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

25

26

        (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

27

28

        (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.  If Plaintiff has not been at the NDOC facility a full six-month

1  period, Plaintiff must still submit a financial certificate and an inmate account statement

2  for the dates he has been present at the facility.

3        Accordingly, the Court denies Plaintiff's application to proceed *in forma pauperis*

4  (ECF No. 1) without prejudice because the application is incomplete.  The Court will grant

5  Plaintiff a **one-time extension** to file a fully complete application to proceed *in forma*

6  *pauperis* containing all three of the required documents.  Plaintiff will file a fully complete

7  application to proceed *in forma pauperis* on or before **November 16, 2020**.  Absent

8  unusual circumstances, the Court will <u>not</u> grant any further extensions of time.  If Plaintiff

9  does not file a fully complete application to proceed *in forma pauperis* with all three

10  required documents on or before **November 16, 2020**, the Court will dismiss this case

11  <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to

12  acquire all three of the documents needed to file a fully complete application to proceed

13  *in forma pauperis* or pays the full $400 filing fee.

14        A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the

15  case with the Court, under a new case number, when Plaintiff has all three documents

16  needed to submit with the application to proceed *in forma pauperis*.  Alternatively, Plaintiff

17  may choose not to file an application to proceed *in forma pauperis* and instead pay the

18  full filing fee of $400 on or before **November 16, 2020** to proceed with this case.

19        The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court

20  will not file the complaint unless and until Plaintiff timely files a fully complete application

21  to proceed *in forma pauperis* with all three documents or pays the full $400 filing fee.

22  **II.  CONCLUSION**

23        For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed

24  *in forma pauperis* (ECF No. 1) is denied without prejudice to file a new fully complete

25  application to proceed *in forma pauperis* with all three documents.

26        IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the

27  approved form application to proceed *in forma pauperis* by an inmate, as well as the

28  document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **November 16, 2020**, Plaintiff will either pay the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.  If Plaintiff has not been at the NDOC facility a full six-month period, Plaintiff must still submit a financial certificate and an inmate account statement for the dates he has been present at the facility.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $400 filing fee for a civil action on or before **November 16, 2020**, the Court will dismiss this action without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the the full $400 filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No.1-1) but will not file it at this time.

DATED:   September 16, 2020

William G. Cobb
UNITED STATES MAGISTRATE JUDGE

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28